HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DOUGLAS BEEVERS, Bar #288639
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
LUIS MEJIA-CALDERON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LUIS MEJIA-CALDERON,<br><br>          Defendant. | No. CR.S. 12-00039-TLN<br><br>**STIPULATED REQUEST TO RESCHEDULE FURTHER STATUS CONFERENCE; ORDER**<br><br>Date:  January 30, 2014<br>Time:  9:30 a.m.<br>Judge:  Honorable Troy L. Nunley |

The parties request that the further status conference in this case be continued from January 23, 2014, to January 30, 2014 at 9:30 a.m. They stipulate that the time between January 23, 2014 and January 30, 2014 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). Specifically, counsel needs additional time investigate the facts of the case, review discovery, and to negotiate a resolution to this matter. The parties stipulate and agree that the interests of justice

/ / /

/ / /

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

| | |
|---|---|
| Dated: January 22, 2014 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | /s/ Douglas Beevers<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>LUIS MEJIA-CALDERON |
| Dated: January 22, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Michael Beckwith<br>Michael Beckwith<br>Assistant United States Attorney |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for January 23, 2014, be continued to January 30, 2014, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the January 30, 2014, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: January 23, 2014

Troy L. Nunley
United States District Judge