UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS ENRIQUE MEJIA-CALDERON, <br><br> Defendant. | No. 2:12-cr-00039-TLN <br><br> **ORDER** |

On December 7, 2015, Defendant Luis Mejia-Calderon ("Defendant") filed a motion with this Court seeking to reduce his sentence pursuant to Retroactive Amendment 782 of United States Sentencing Guideline ("U.S.S.G.") § 1B1.10 and 18 U.S.C. § 3582(c)(2).  (ECF No. 125.) On March 24, 2016, the United States filed an opposition to Defendant's request.  (ECF No. 129.) The Court finds that Defendant waived his right to file a § 3582 motion at his sentencing hearing on June 5, 2014.  (*See* ECF No. 129-1 at 11.)  In any event, this Court already factored the two-level reduction into Defendant's guideline range at the sentencing hearing.  (*See* ECF No. 129-1 at 7–9.)  A further sentence reduction would not be warranted on these grounds, because Amendment 782 would not lower Defendant's guideline range again.  *U.S. v. Leniear*, 574 F.3d 668, 674 (9th Cir. 2009).

///

Accordingly, Defendant's motion to reduce his sentence is hereby DENIED.

IT IS SO ORDERED.

Dated: September 15, 2016

Troy L. Nunley
United States District Judge